No. 71–703. UNITED STATES *v.* FIRST NATIONAL BANCORPORATION, INC., ET AL. Appeal from D. C. Colo. Probable jurisdiction noted. MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 71–749. UNITED STATES *v.* KRAS. Appeal from D. C. E. D. N. Y. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 71–678. EXECUTIVE JET AVIATION, INC., ET AL. *v.* CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari granted.

No. 71–485. GOTTSCHALK, ACTING COMMISSIONER OF PATENTS *v.* BENSON ET AL. C. C. P. A. Motions of Information Industry Assn., International Business Machines Corp., and Business Equipment Manufacturers Assn. for leave to file briefs as *amici curiae* granted. Certiorari granted. MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in the consideration or decision of these motions and petition.

No. 71–708. TRAFFICANTE ET AL. *v.* METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Motion to dispense with printing petition and certiorari granted.

No. 71–827. HUGHES TOOL CO. ET AL. *v.* TRANS WORLD AIRLINES, INC.; and
No. 71–830. TRANS WORLD AIRLINES, INC. *v.* HUGHES TOOL CO. ET AL. C. A. 2d Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 449 F. 2d 51.